## BENNETT v. MEEK *et al.*

No. 5372.   Opinion Filed January 9, 1915.

(145 Pac. 767.)

**APPEAL AND ERROR—Frivolous Appeal—Dismissal.** Where, upon examination of the petition in error and motion to dismiss, it is clearly disclosed that the appeal is manifestly frivolous and without merit, and taken for delay, the appeal will be dismissed.

(Syllabus by the Court.)

*Error from County Court, Oklahoma County;*

*John W. Hayson, Judge.*

Action by J. M. Meek and others against S. P. Bennett and others. Judgment for plaintiffs, and defendant Bennett brings error. Dismissed.

*Harris & Nowlin,* for plaintiff in error.

*W. S. Pendleton,* for defendants in error.

RIDDLE, J. The parties will be designated here as they were in the trial court. Plaintiff sued defendants in the court below upon a promissory noce in the sum of $300. Judgment was rendered by default against all defendants, except S. P. Bennett, who filed an answer consisting of a general denial. Plaintiff filed a motion for judgment on the pleadings, which was by the court sustained. From the judgment thus rendered, defendant Bennett prosecutes error.

It appears from the petition in error and motion to dismiss that there is no merit in the appeal; that same is frivolous, and prosecuted for delay. It was said by this court in the case of *Skirvin v. Bass Furniture & C. Co.,* 43 Okla. 440, 143 Pac. 190:

"Where, upon the examination of the petition in error and the

motion to dismiss, it is clearly disclosed that the appeal is mani-festly frivolous and without merit, the appeal will be dismissed."

*Skirvin v. Goldstein,* 40 Okla. 315, 137 Pac. 1176.

Following the rule laid down in the cases *supra,* this cause should be dismissed; and it is so ordered.

All the Justices concur.